Dismissed and Memorandum Opinion filed March 20, 2008








Dismissed
and Memorandum Opinion filed March 20, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01021-CV

____________

 

HATTIE PIERCE, Appellant

 

V.

 

GALENA PARK INDEPENDENT SCHOOL DISTRICT, Appellee

 



 

On Appeal from the
190th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-11724

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 1, 2007.  On March 12, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
20, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Boyce.